## ROBERT JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Johnson's petition for certification for appeal from the Appellate Court, 80 Conn. App. 574 (AC 22990), is denied.

*Kalisha R. Raphael,* deputy assistant public defender, and *Temmy Ann Pieszak,* chief of habeas corpus services, in support of the petition.

Decided February 11, 2004

## DANIEL HENDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Daniel Henderson's petition for certification for appeal from the Appellate Court, 80 Conn. App. 499 (AC 23253), is denied.

*Daniel Henderson,* pro se, in support of the petition.

Decided February 11, 2004

## STATE OF CONNECTICUT *v.* KATHLEEN WYATT

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 703 (AC 23440), is denied.

*Daniel J. Krisch,* special public defender, and *Sarah J. Healy,* legal intern, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided February 11, 2004